# TRIAL COURT OFFICIAL'S
# REQUEST FOR EXTENSION OF TIME TO FILE RECORD

FAX to: Cathy S. Lusk, Clerk, 12th Court of Appeals, Tyler, at (903)593-2193

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
6/3/2015 12:44:45 PM
CATHY S. LUSK
Clerk

Court of Appeals No. (If known): **12** - 15 - 00083 - CV

Trial Court Style: Barrow-Shaver Resources Co. v Carrizo Oil & Gas, Inc.

Trial Court & County: 7th District Court Smith County          Trial Court No.: 12-2565-A

Date Trial Clerk's Record Originally Due: N/A

Date Court Reporter's/Recorder's Record Originally Due: 5-05-15

Anticipated Number of Pages of Record: 3000+ including exhibits

I am responsible for preparing a record in this appeal but I am unable to file the record by the original due date for the following reason/s: (Check all that apply - attach additional pages if necessary.)

☐ to the best of my knowledge, the Appellant has made no claim of indigence and has failed to either pay the required fee or to make arrangements to pay the fee for preparing the record.

☒ my duties listed below preclude working on this record: Reporter has been in trial in the State of Texas vs Gaylord Stevens, 007-1587-14; State of Texas vs Daniel Knod, 007-0010-15; and State of Texas vs Sidney Lynch, 007-0043-15. Reporter is dilligently working on this record; it is lengthy and includes thousands

☐ Other. (Explain.): of pages of exhibits.

I anticipate this record will be completed and forwarded to the 12th Court of Appeals by  7-03-15  , and **I hereby request an additional  30  days** within which to prepare it. TEX. R. APP. P. 37.3.

In compliance with TEX. R. APP. P. 9.5(e), I certify that a copy of this notice has been served on counsel for all parties to the trial Court's judgment or order being appealed. I further certify by my signature below that the information contained in this notice is true and within my personal knowledge.

06-03-15
_____
Date

Signature   *Jennifer Lowrance*

(903)590-1647
_____
Office Phone Number

Printed Name   Jennifer Lowrance

jlowrance@smith-county.com
_____
E-mail Address (if available)

Official Title   Official Court Reporter

TEXAS RULE OF APPELLATE PROCEDURE 9.5(e) reads:

> **_Certificate requirements._** A certificate of service must be signed by the person who made the service and must state:
>
> (1) the date and manner of service;
> (2) the name and addresses of each person served; and
> (3) if the person served is a party's attorney, the name of the party represented by that attorney.

The following parties have been served with a copy of this document:
(Information may be either printed or typed.)

Lead Counsel for **APPELLANT(S)**:                  Lead Counsel for **APPELLEE(S)**:


Name:_____        Name:

Address:_____        Address:

_____

Phone no.:_____        Phone no.:

Attorney for:_____        Attorney for:


Lead Counsel for **APPELLANT(S)**:                  Lead Counsel for **APPELLEE(S)**:

Name:_____        Name:

Address:_____        Address:

_____

Phone no.:_____        Phone no.:

Attorney for:_____        Attorney for:


Additional                    information,                    if                    any: